**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

    vs.                            CRIMINAL ACTION NO.  CR26-73-JB

LUIS ANTIDIO OLIVERA

           Defendant.

_____/

**NOTICE OF INSANITY DEFENSE PURSUANT TO FED. R. CRIM. P. 12.2 AND**
**REQUEST FOR LEAVE TO FILE SAME OUT OF TIME**

COMES NOW LUIS ANTIDIO OLIVERA, the Defendant in the above-styled cause, by and through counsel, Latisha V. Colvin, and hereby files this notice of insanity defense pursuant to Fed. R. Crim. P. 12.2. Counsel also requests leave from this Court to file this Notice out of time. As grounds in support thereof, counsel shows the following:

1.     A Grand Jury from the Southern District of Alabama issued an indictment charging LUIS ANTIDIO OLIVERA with one count of Interstate Threatening Communications, allegedly occurring on February 25, 2026, in violation of Title 18 U.S.C. §875 (c).  Doc. No. 15; Page ID #25.

2.     Counsel was appointed after former counsel withdrew from representation. After this court appointed counsel to represent LUIS ANTIDIO OLIVERA, she learned that he had a history of psychological problems, as evidenced by prior medical and mental health records that counsel so far has received on LUIS ANTIDIO OLIVERA's behalf, as well as

through discussions with him and with family. A BOP mental evaluation for LUIS ANTIDIO OLIVERA was ordered at counsel's request, with no objection from the government; however, it has not yet been completed. Counsel will withdraw this Notice if ultimately the basis for it is not supported; but as stated, that is yet to be determined. Counsel files this Notice, along with requested leave to file same out of time, since the process of trying to ascertain competency in this case has been difficult and is ongoing.[1]

Respectfully Submitted,

/s/Latisha V. Colvin
Latisha V. Colvin (COLVL9139)
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, AL 36602
(251) 433-0910 (telephone)
(251) 433-0686 (facsimile)

Attorney   for   LUIS   ANTIDIO   OLIVERA

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and correct copy of the foregoing pleading on Jessica Terrill, Assistant United States Attorney, by electronic delivery on this 1st day of June 2026.

/s/ Latisha V. Colvin
LATISHA V. COLVIN

---

[1] The Order on Arraignment set the pretrial motions and notices deadline for May 20, 2026. Doc. No. 23; Page ID #34.