TO: Chief Judge Jeffrey U. Beaverstock
CASE: CR-26-000-73

FILED - USDC ALSD
OCT 28 '26 PM3:13

October 22, 2026 C.E.



# Petition

My Name and signature below serves as my factual, witness testimony, and as my plead to chief Judge Jeffrey U. Beaverstock that Luis A. Olivera IN SAID CASE CR 26-00073 is Competent to STAND trial, is the Victim in his CASE against the United States of America and against all 4 clerk of courts of the 13th Judicial District civil courts of mobile County, city of mobile, IN the State of Alabama who tampered with evidence on 3 of his civil cases in these SAID Courts & who ~~FA~~ obstructed Justice by Sending his Subpoena to the wrong Address & who the Judge preciding over his CASE against Amazon on March 09, 2026 C.E. who held him in contempt of Court because of Vindictive Prosecution because he did nothing against the 4 clerk of courts who Admitted on that day wrong doing which caused Luis A. Olivera criminal Gross Negligence, I testify true Luis A. Olivera is a victim & is Innocent (CASE CR-26-00073) After witnessing his testimony, his Indictment that States No crime against the USA. because he states he is doing everything 'Lawfully' there is No Mens rea & Luis A. Olivera Should be released and the CASE Needs to be Dismissed/Acquitted Immediately for he is No criminal Nor has ever had criminal Intent.

Page 2 of 2

Petition

Signatures of witnesses on behalf of Lois A. Olivera (Case #CR26-00073).

Print Name: Chance Croset
Signature: [signature]
Date: 10-22-2026

Print Name Jack Overcasher
Signature: [signature]
Date: 10/22/2026

Print Name: Jeremy Muchet
Signature: [signature]
Date: 10/22/2026

Print Name: Billy Wallace
Signature: [signature]
Date: 10-22-2026

Print Name: [illegible] Files
Signature: [signature]
Date: 10-22-2024

Print Name: [illegible]
Signature: 10-22-26
Date:
Wesley Norris

Print Name: William Lilly
Signature: [signature]
Date: 10/22/2026

Print Name: Parish Jackson
Signature: [signature]
Date: 10-22-2026

Print Name: Russell Shows
Signature [signature]
Date: 10-22-2026

Print Name: James Widener
Signature: [signature]
Date: 10/22/24

From: Luis A. Olivera (26110026)
Baldwin County JAIL
200 HAND AVE
BAY Minette, AL 36507

Deposit funds at
www.inmatecanteen.com

MOBILE AL 366
27 OCT 2026 AM 1 L
FIRST-CLASS

US POSTAGE
ZIP 54022
02 7W
0008034394 S
$

TO: Federal Court House
Chief Judge
Jeffrey U. Beaverstock
155 St. Joseph Street
Mobile, Alabama 36602

This Correspondence is forwarded from the Baldwin County Sheriff's Corrections Center The contents have not been evaluated, and the Baldwin County Sheriff's Office is not responsible for the substance or content of the enclosed communication.

(Legal Mail)

36602-391455